■ JEFFREY M. DeFILIPPO, Appellant, v 110 HUNTINGTON ASSOCIATES, Respondent. [643 NYS2d 338] —Order, Supreme Court, Suffolk County (Jack J. Cannavo, J.), entered on or about October 19, 1994, unanimously affirmed for the reasons stated by Cannavo, J., without costs and disbursements. No opinion. Concur—Milonas, J. P., Kupferman, Nardelli and Mazzarelli, JJ.